The Honorable Robert S. Lasnik<br>
The Honorable Mary Alice Theiler

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT WASHINGTON

| | | |
|---|---|---|
| **INEZ G. TAULAGA,** | ) | |
| **Plaintiff** | ) | No. C06-1053-RSL-MAT |
| **v.** | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

Pursuant to the parties' agreed motion, it is hereby ordered that the scheduling order be amended so that Plaintiff's reply brief is due on December 20, 2006.

DATED this <u>14th</u> day of December, 2006.

s/ Mary Alice Theiler<br>
United States Magistrate Judge

~~PROPOSED~~ ORDER