# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Chambers of
**Mary Alice Theiler**
United States Magistrate Judge

700 Stewart Street
U.S. Courthouse – Suite 12132
Seattle, WA 98101

March 13, 2007

Elie Halpern
Halpern & Oliver, PLLC
1800 Cooper PT RD SW  BLDG #19
Olympia WA 98502

David R. Johnson
Social Security Administration
701 Fifth AVE STE 2900, M/S 901
Seattle WA 98104-7075

Victoria B. Chhagan
6523 California AVE SW STE 171
Seattle WA 98136

Brian C. Kipnis
US Attorney's Office
700 Stewart ST STE 5220
Seattle WA 98101-1271

Re:   Inez Taulaga v. Michael Astrue, Comm. of Social Security; (No: C06-1053-RSL)

Dear Counsel:

Enclosed is a copy of my Report and Recommendation and proposed order in the above-captioned case, which has been filed with the Clerk. This Report and Recommendation is not an appealable order. Any notice of appeal should not be filed until the District Judge enters judgment in this case.

Objections to the recommendation should be filed with the Clerk and served upon all parties to this suit within **fifteen (15)** days of the date of this letter. Failure to file objections within the specified time waives the right to appeal any order by the District Court adopting this report and recommendation. In accordance with our local rules, you should note your objections for consideration on the District Judge's motion calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on March 30, 2007.

Thank you for your cooperation.

Sincerely,

Mary Alice Theiler
United States Magistrate Judge

enclosures

cc:   Hon. Robert S. Lasnik