UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| INEZ TAULAGA, | ) | CASE NO. C06-1053-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The this matter is REVERSED and REMANDED for an award of additional benefits for a closed period, and REMANDED for further proceedings to ascertain plaintiff's functional capacity prior to the closed period; and

/ / /

/ / /

ORDER OF REMAND
PAGE -1

01     (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

02     DATED this 3rd day of April, 2007.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER OF REMAND
PAGE -2