UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| INEZ TAULAGA, | ) | CASE NO. C06-1053-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $10,861.46 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $5,871.06 that were previously awarded, leaving a net fee of $4,990.40. Defendant is directed to send to plaintiff's attorney Elie Halpern the net balance of $4,990.40, minus any applicable processing fees as allowed by statute.; and

ORDER
PAGE -1

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 1st day of December, 2008.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
Chief United States District Judge

ORDER
PAGE -2